UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PIZARRO, | CV F  98 5207  REC WMW P |
| Plaintiff, | ORDER RE: FINDINGS & RECOMMENDATIONS (#20), DISMISSING ACTION, AND DIRECTING ENTRY OF JUDGMENT FOR DEFENDANTS |
| v. | |
| GEORGE GALAZA, et al.,, | |
| Defendants. / | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 2, 2005, findings and recommendations were entered, recommending dismissal of this action for failure to state a claim upon which relief can be granted. Plaintiff was provided an opportunity to file objections within thirty days. Plaintiff has not filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on

1

1  February 2, 2005, are adopted in full; and

2          2. This action is dismissed for failure to state a claim upon which relief can be

3  granted. The Clerk is directed to close enter judgment for defendants.

4      IT IS SO ORDERED.

5  **Dated:  February 3, 2006**                    /s/ Robert E. Coyle
   668554                              UNITED STATES DISTRICT JUDGE